[No. 6838-9-II.   Division Two.   May 31, 1985.]

ANTHONY BALL, ET AL, *Appellants,* v. JAMES
J. JUNGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-01479-1, Waldo F. Stone, J., entered January 6, 1983. *Reversed* and *remanded* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 14945-8-I.   Division One.   June 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
HOWARD JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00590-1, Dennis J. Britt, J., entered June 15, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 14849-4-I.   Division One.   June 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
MARK CHRISTIANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03446-5, H. Joseph Coleman, J., entered May 10, 1984. *Dismissed* by unpublished per curiam opinion.